STATE OF CONNECTICUT *v.* LLOYD GEORGE MORGAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 255 (AC 21008/AC 21301), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 5, 2002

JOSEPH SALMERI *v.* DEPARTMENT OF PUBLIC SAFETY

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 321 (AC 21106), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Michelle J. Truglia*, assistant attorney general, in support of the petition.

*Julie D. Blake* and *Jeffrey L. Ment*, in opposition.

Decided September 5, 2002

STATE OF CONNECTICUT *v.* PHILLIP TATE

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 907 (AC 21292), is denied.